## Lowe, executor, *et al. vs.* Mann.

A bill for the settlement of accounts and to obtain specific performance of a contract respecting a lot with the building thereon, is not a suit respecting the title to land. The proper venue of such a bill is the county of the residence of the substantial defendant; and the joining, as defendant, of two tenants of the real defendant, but without seeking any relief against them, will not give jurisdiction in the county where the land lies. Code, §§4183, 5169; 34 *Ga.*, 53; 50 *Id.*, 288, 290; 37 *Id.*, 346.

(*a.*) Want of jurisdiction in the county where the bill was filed appearing on its face, it should have been dismissed on demurrer. Judgment reversed.

November 11, 1884.

Hall, Justice.

[Mann filed a bill against Lowe, executor, and others, to compel a settlement of accounts made between himself and the testator, and a specific performance of a contract concerning certain land and improvements in Spalding county. The bill was filed in Spalding county. The executor, who was the only substantial party, lived in Fulton county. Two other defendants were joined with him, who were tenants on the land in controversy, but no relief was prayed against them. A demurrer, for want of jurisdiction in the superior court of Spalding county, was overruled, and defendant excepted.]